NATHANIEL F. MERCER, plaintiff in error, *vs.* STONY J. ROBERT, defendant in error.

A. J. DURDEN & BROTHER *et al.*, plaintiffs in error, *vs.* ALFRED AUSTELL, defendant in error.

COHEN & MENKO, plaintiffs in error, *vs.* THE SOUTHERN EXPRESS COMPANY, defendant in error.

The discretion of the court below was not abused in ordering new trials in these cases.

WARNER, Chief Justice.

---

BAGGS & STEPHENS, plaintiffs in error, *vs.* JAMES K. P. KEATON, defendant in error.

THE SAVANNAH AND CHARLESTON RAILROAD COMPANY, plaintiff in error, *vs.* THE CENTRAL RAILROAD AND BANKING COMPANY, defendant in error.

ANTONIO MARIANI, plaintiff in error, *vs.* THE MAYOR AND COUNCIL OF THE CITY OF ATLANTA, defendant in error.

WILLIAM R. PHILLIPS, plaintiff in error, *vs.* JOHN B. GORDON, defendant in error.

Where, upon the hearing of an application for injunction, conflicting evidence is submitted to the chancellor, his discretion in refusing the same will not be controlled.

WARNER, Chief Justice.